UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA



ANDRE PALMER

VERSUS

TIM WILKINSON, WARDEN, ET AL

CIVIL ACTION

NO. 06-55-JVP

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated September 18, 2009 (doc. 35).  Plaintiff has filed an objection (doc. 38) which merely restates legal argument and does not require de novo findings under 28 U.S.C. 636.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, the Motion for Relief of Judgment Pursuant to Federal Rule of Civil Procedure 60(b) (doc. 26), filed by petitioner, Andre Palmer, is hereby denied.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, October 26, 2009.

JOHN V. PARKER, JUDGE
MIDDLE DISTRICT OF LOUISIANA